**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Adolfo GONZALES–PADILLA,
Defendant—Appellant.**

No. 11–50073.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 19, 2011.*

Filed Dec. 20, 2011.

Anne Kristina Perry, Assistant U.S., Bruce R. Castetter, Assistant U.S., Office

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

William R. Burgener, Law Office of Lenore A. Ceithaml, San Diego, CA, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

MEMORANDUM **

Adolfo Gonzales–Padilla appeals his conviction by guilty plea and sentence for being a deported alien found in the United States in violation of 8 U.S.C. § 1326.

The district court denied defendant's request for an extension of time to file an appeal of his sentence because he failed to establish excusable neglect. See Fed. R.App. P. 4(b). Gonzales–Padilla does not challenge this finding. Accordingly, we dismiss for lack of a timely notice of appeal.

Counsel's motion to withdraw is granted.

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).